# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-1535
LT Case No. 2020-DP-000050-A

_____

J.N., FATHER OF J.N., JR., A
CHILD,

    Appellant,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Appellee.

_____


On appeal from the Circuit Court for Lake County.
Cary Frank Rada, Judge.

Keith Peterson, of Law Offices of Peterson, P.A., Mulberry, and
Lawrence P. Cartelli, of Lawrence P. Cartelli, P.A., Tavares, for
Appellant.

Rachel Batten, Appellate Attorney of Children's Legal Services,
of Department of Children and Families, Brooksville; and Sara
Goldfarb, Statewide Director of Appeals, Amanda Victoria Glass,
Senior Attorney of Appellate Division, and Samantha Patricia
Wuschke, Co-Counsel, of Guardian ad Litem Office, Tallahassee,
for Appellee.


September 15, 2023

PER CURIAM.

AFFIRMED.

MAKAR, SOUD, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____